STATE ex rel. COMMISSIONER OF INSURANCE
     v. N.C. RATE BUREAU

   No. 210P83.

   Case below: 61 N.C. App. 262.

   Petition by plaintiff for discretionary review under G.S.
7A-31 denied 31 May 1983.

TUCKER v. CHARTER MEDICAL CORP.

   No. 162P83.

   Case below: 60 N.C. App. 665.

   Petition by defendant for discretionary review under G.S.
7A-31 denied 31 May 1983.

WATERS v. PHOSPHATE CORP.

   No. 182PA83.

   Case below: 61 N.C. App. 79.

   Petition by plaintiffs for discretionary review under G.S.
7A-31 allowed upon reconsideration 31 May 1983.